918

JUNE 26, 1970

No. 2344, Misc.   TRABUCCO *v.* UNITED STATES.   C. A. 5th Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. ——.   BERK *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.   D. C. E. D. N. Y.   Application for stay of deployment presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.